## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-06-223 |
| | § | C.A. No. C-07-318 |
| JOSE ALBERTO OCHOA-BOCANEGRA, | § | |
|     Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Jose Alberto Ochoa-

Bocanegra's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 19th day of February, 2009.

_____

HAYDEN HEAD

CHIEF JUDGE